

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00022-CV

**IN RE EGT HOLDINGS, LLC** d/b/a Stephens Roofing & Remodeling and Thomas Patrick
Suitt

Original Mandamus Proceeding[1]

Opinion by:     Lori I. Valenzuela, Justice
Dissenting Opinion by: Velia J. Meza, Justice

Sitting:        Lori I. Valenzuela, Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

Delivered and Filed: June 11, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On January 9, 2025, relators filed a petition for writ of mandamus. Relators also filed a

motion to stay the underlying proceedings pending final resolution of the petition for writ of

mandamus, which this court granted on January 14, 2025. After considering the petition,

responses, and the record, this court concludes relators are not entitled to the relief sought.

Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay

imposed on January 14, 2025, is lifted.


                                        Lori I. Valenzuela, Justice

---

[1] This proceeding arises out of Cause No. 2022-CI-23750, styled *Christopher Blaha and Angela Diaz v. EGT Holdings,
LLC d/b/a Stephens Roofing & Remodeling and Thomas Patrick Suitt*, pending in the 225th Judicial District Court,
Bexar County, Texas, the Honorable Nadine Melissa Nieto presiding.